1 | Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
2 | Robert J. Drexler, Jr. (SBN 119119)
Robert.Drexler@capstonelawyers.com
3 | Molly Ann DeSario (SBN 230763)
Molly.DeSario@capstonelawyers.com
4 | Jonathan Lee (SBN 267146)
Jonathan.Lee @capstonelawyers.com
Capstone Law APC
5 | 1875 Century Park East, Suite 1000
Los Angeles, California 90067
6 | Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

7 | Attorneys for Plaintiffs Stephanie Garrido and Jazmin Solano

8 | Catherine A. Conway (SBN 98366)
cconway@gibsondunn.com
9 | Katherine V.A. Smith (SBN 247866)
ksmith@gibsondunn.com
10 | Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
11 | Los Angeles, CA  90071-3197
Telephone:    (213) 229-7000
12 | Facsimile:    (213) 229-7520

13 | Attorneys for Defendants J.C. Penney Corporation, Inc.
and J.C. Penney Company, Inc.
14 |
*Additional counsel listed on next page*

15 |
UNITED STATES DISTRICT COURT

16 |
CENTRAL DISTRICT OF CALIFORNIA

17 |

| | |
|---|---|
| 18 STEPHANIE GARRIDO and JAZMIN SOLANO, as aggrieved employees pursuant to the Private Attorneys General 19 Act ("PAGA"), | Case No. 5:18-cv-02051-JVS-SP **JOINT STIPULATION RE [PROPOSED] JUDGMENT** |
| 20 Plaintiffs, | |
| 21 vs. | |
| 22 J.C. PENNEY CORPORATION, INC., a Delaware corporation; J.C. PENNEY 23 COMPANY, INC., a Delaware corporation; and DOES 1 through 10, 24 inclusive, | |
| 25 Defendants. | |

26 |

27 |

28 |

1   Ashley Allyn, SBN 254559
    aallyn@gibsondunn.com
2   Dustin G. May, SBN 279509
    dmay@gibsondunn.com
3   Gibson, Dunn & Crutcher LLP
    3161 Michelson Drive
4   Irvine, CA  92612-4412
    Telephone:    (949) 451-3800
5   Facsimile:    (949) 451-4220

6   Attorneys for Defendants J.C. Penney Corporation, Inc.
    and J.C. Penney Company, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    On January 25, 2019, the Court granted Plaintiffs' Motion for Approval of

2  Settlement.  Dkt. No. 16.  In accordance with the parties' Settlement Agreement, the

3  parties hereby stipulate to and now jointly request an order for final judgment,

4  substantially in the form attached hereto, that will dismiss the case in accordance with

5  the parties' Settlement Agreement and the Court's January 25, 2019 Order.

6    **IT IS SO STIPULATED.**

7

8  Dated:  January 29, 2019            Respectfully submitted,

9                         CAPSTONE LAW APC

10                        By: _____

11                        Raul Perez
                          Robert J. Drexler, Jr.
12                        Molly Ann DeSario
                          Jonathan Lee
13                        Attorneys for Plaintiffs Stephanie Garrido
                          and Jazmin Solano
14

15  Dated:  January 29, 2019            GIBSON, DUNN & CRUTCHER LLP

16

17                        By: _____

18                        Catherine A. Conway
                          Attorney for Defendant J.C. Penney
19                        Corporation, Inc.

20

21

22

23

24

25

26

27

28



Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Robert J. Drexler, Jr. (SBN 119119)
Robert.Drexler@capstonelawyers.com
Molly Ann DeSario (SBN 230763)
Molly.DeSario@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee @capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:     (310) 943-0396

Attorneys for Plaintiffs Stephanie Garrido and Jazmin Solano

Catherine A. Conway (SBN 98366)
cconway@gibsondunn.com
Katherine V.A. Smith (SBN 247866)
ksmith@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    (213) 229-7000
Facsimile:     (213) 229-7520

Attorneys for Defendants J.C. Penney Corporation, Inc.
and J.C. Penney Company, Inc.

*Additional counsel listed on next page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE GARRIDO and JAZMIN SOLANO, as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>vs.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware corporation; J.C. PENNEY COMPANY, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-02051-JVS-SP<br><br>**[PROPOSED] JUDGMENT** |

1  | Ashley Allyn, SBN 254559
2  | aallyn@gibsondunn.com
   | Dustin G. May, SBN 279509
3  | dmay@gibsondunn.com
   | Gibson, Dunn & Crutcher LLP
4  | 3161 Michelson Drive
   | Irvine, CA 92612-4412
5  | Telephone:    (949) 451-3800
   | Facsimile:    (949) 451-4220

6  | Attorneys for Defendants J.C. Penney Corporation, Inc.
7  | and J.C. Penney Company, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JUDGMENT**

1.      Judgment in this matter is entered in accordance with the terms of the Order Granting Plaintiffs' Motion for Approval of Settlement (the "Order") (Dkt. 16) and the parties' PAGA Settlement Agreement ("Settlement Agreement") (Dkt. 11-1, Ex. 1).

2.      Pursuant to the terms of the Settlement Agreement, Plaintiffs' proposed class action claims (i.e., Plaintiffs' First, Second, and Third causes of action), are dismissed WITHOUT PREJUDICE.

3.      In all other respects, this Action is hereby dismissed WITH PREJUDICE.

4.      Pursuant to the terms of the Settlement Agreement, the Plaintiffs, all Aggrieved Employees, and the State of California waive and forever discharge the Released Parties from the Released Claims, as defined in the Settlement Agreement. *See Arias v. Superior Court*, 46 Cal. 4th 969, 986 (2009).

5.      This Judgment shall be binding on the Plaintiffs, all Aggrieved Employees, and the State of California.

6.      Neither this Judgment, the Settlement Agreement, any document referred to herein, any exhibit to any document referred to herein, any action taken to carry out the settlement, nor any negotiations or proceedings related to the settlement are to be construed as, or deemed to be evidence of, or an admission or concession with regard to, the denials or defenses of Defendant (or any settling party), and shall not be offered in evidence in any proceeding against the parties hereto in any Court, administrative agency, or other tribunal for any purpose whatsoever other than to enforce the provisions of this Order and Judgment.

7.      Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties for purposes of enforcing the terms of the Settlement Agreement.

JUDGMENT

1    8.    Except as otherwise provided by the Settlement Agreement, each side shall

2  bear their own attorneys' fees and costs.

3

4    **IT IS SO ORDERED, ADJUDGED, AND DECREED.**

5

6  Date   _____          _____

7                                   Hon. James V. Selna
                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT